UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING | : | |
| | : | |
| VS. | : | C.A. NO: 05-055L |
| | : | |
| MONITRONIC INTERNATIONAL INC. and ANDERSEN, CRENSHAW & ASSOCIATES | : | |

# MOTION FOR ADMISSION PRO HAC VICE

Now comes Defendant, Anderson, Crenshaw & Associates, L.L.C. ("Defendant") in the above-captioned matter and hereby moves this Honorable Court to allow Steven R. Dunn, an attorney duly licensed in the State of Texas, to be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. Pro hac vice counsel's long standing representation of Defendant gives him specialized knowledge in the workings and operation of Defendant's business. Said counsel has represented Defendant since its inception and has represented Defendant in prosecution and defense of Defendant in the State of Texas and as pro hac vice in several other states including, but not limited to, West Virginia and California.

2. The case at bar could require extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel as follows: Defendant's principal place of business and home office is located in Dallas, Texas. Should Plaintiff wish to depose Defendant and to review original documents, if any, said deposition and discovery will be conducted in the State of Texas.

3

WHEREFORE, Defendant prays that the Motion for Admission Pro Hac Vice be granted.

Respectfully submitted,

TAFT & McSALLY LLP

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX

Attorneys for Defendant Crenshaw & Associates

CERTIFICATION

I hereby certify that I caused a true copy of the within document to be mailed, first-class, postage prepaid to Gregory P. Sorbello, Esq., Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888 and to Alex C. Gianacoplos, Duggan & Caccavaro, 520 Providence Highway, Suite 4, Norwood, MA 02062 on the 1st day of March, 2005.

Jennifer Turcotte

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING,<br><br>Plaintiff,<br><br>v.<br><br>MONITRONIC INTERNATIONAL, INC. and ANDERSON, CRENSHAW & ASSOCIATES, L.L.C.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 05-0552<br><br>STATE COURT CASE NO. KC04-1020 |

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. My name is Steven R. Dunn. I certify that I am a member in good standing of the Bar of the State of Texas and the following federal district court bars, Northern District of Texas, Eastern District of Texas, Fifth Circuit Court of Appeals, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I certify that I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting my participation of local associate counsel, as set out in Local Rule 5, recognizing the failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Jeffrey S. Fleischaker, Esq.
R.I. State Bar No. 6444

Taft & McSally, LLP
21 Garden City Drive,
Cranston, Rhode Island 02920
Telephone: (401) 946.3800
Facsimile: (401) 943.8859

5. For these reasons, I, Steven R. Dunn, respectfully ask the Court to grant this Motion to Appear Pro Hac Vice and allow me to appear before this Court until the conclusion of this case.

Respectfully submitted,

Steven R. Dunn
Tex. State Bar No. 06252250

6116 N. Central Expressway,
Suite 1090
Dallas, Texas 75206
Telephone: (214) 692.5533
Facsimile: (214) 693.5534

**ATTORNEYS FOR DEFENDANT CRENSHAW & ASSOCIATES**

**Certification**

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Respectfully submitted,

Taft & McSally, LLP

Jeffrey S. Fleischaker, Esq.
R.I. State Bar No. 6444

21 Garden City Drive,
Cranston, Rhode Island 02920
Telephone: (401) 946.3800
Facsimile: (401) 943.8859

**ATTORNEYS FOR DEFENDANT CRENSHAW & ASSOCIATES**