UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED MAR 02 2005

| | | |
|---|---|---|
| LOUIS F. GEHRING | : | |
| | : | |
| VS. | : | C.A. NO: 05-055L |
| | : | |
| MONITRONIC INTERNATIONAL INC. and ANDERSEN, CRENSHAW & ASSOCIATES | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Now comes Defendant, Anderson, Crenshaw & Associates, L.L.C. ("Defendant") in the above-captioned matter and hereby moves this Honorable Court to allow Steven R. Dunn, an attorney duly licensed in the State of Texas, to be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. Pro hac vice counsel's long standing representation of Defendant gives him specialized knowledge in the workings and operation of Defendant's business. Said counsel has represented Defendant since its inception and has represented Defendant in prosecution and defense of Defendant in the State of Texas and as pro hac vice in several other states including, but not limited to, West Virginia and California.

2. The case at bar could require extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel as follows: Defendant's principal place of business and home office is located in Dallas, Texas. Should Plaintiff wish to depose Defendant and to review original documents, if any, said deposition and discovery will be conducted in the State of Texas.

4

WHEREFORE, Defendant prays that the Motion for Admission Pro Hac Vice be granted.

Respectfully submitted,

TAFT & McSALLY LLP

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX

Attorneys for Defendant Crenshaw & Associates

CERTIFICATION

I hereby certify that I caused a true copy of the within document to be mailed, first-class, postage prepaid to Gregory P. Sorbello, Esq., Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888 and to Alex C. Gianacoplos, Duggan & Caccavaro, 520 Providence Highway, Suite 4, Norwood, MA 02062 on the 1st day of March, 2005.

Jennifer Turcotte

Granted:
Ronald R. Lagueux
Sr. USDJ 3/23/05