UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUIS F. GEHRING,<br>Plaintiff,<br><br>v.<br><br>MONITRONIC INTERNATIONAL, INC., and ANDERSEN, CRENSHAW & ASSOCIATES,<br>Defendants. | C.A. NO. 05-055L |

**NOTICE OF TAKING DEPOSITION**

Please take notice that the Defendant, Monotronic International, Inc. through its counsel, Timothy J. Duggan of Duggan & Caccavaro, will take the deposition of **LOUIS F. GEHRING**, upon oral examination before a duly authorized notary public, or some other duly authorized person, at the law offices of Duggan & Caccavaro, 55 Pine Street, 3rd Floor, Providence, RI on **August 3, 2005 at 10:00 a.m.** The deposition will continue day to day until completed.

You are hereby invited to attend and cross examine.

**MONITRONIC INTERNATIONAL, INC.**

By Its Attorney,

Timothy J. Duggan (#4574)
55 Pine Street, 3rd Floor
Providence, RI 02903
(401) 621-9147

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served on July 7, 2005 via first class mail, postage prepaid, upon:

Gregory P. Sorbello, Esq.
Flaherty & Lawrence
70 Jefferson Boulevard
Warwick, RI 02888

Jeffrey S. Fleischaker, Esq.
Taft & McSally LLP
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920

Timothy J. Duggan