RECEIVED

JUL 19 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING, Plaintiff, | ) | |
| vs. | ) | C.A. No.: 05-055L |
| MONITRONIC INTERNATIONAL INC., and ANDERSEN, CRENSHAW & ASSOCIATES Defendants | ) | |

## DISMISSAL STIPULATION

Plaintiff, Louis F. Gehring, hereby dismisses with predjudice all claims against Defendant, Andersen, Crenshaw & Associates currently pending in the above entitled matter

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/05