UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING, Plaintiff, vs. MONITRONIC INTERNATIONAL INC., and ANDERSEN, CRENSHAW & ASSOCIATES Defendants | ) | C.A. No.: 05-055L |

**ASSENTED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, Louis F. Gehring, by and with the assent of counsel for the Defendant, Monitronic International, Inc., request that this Court grant him leave to file the Amended Complaint attached hereto as Exhibit A. A memorandum in support of said request is hereby attached and incorporated herein by reference.

WHEREFORE, Plaintiff prays that this Honorable Court grant him leave to file the attached Amended Complaint.

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I mailed a true and accurate copy of the foregoing to:

Timothy J. Duggan
Duggan & Caccavaro
55 Pine Street, 3rd Floor
Providence, RI 02903

Jeffrey S. Fleischaker
Taft & McSally
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920

Steven R. Dunn
6116 N. Central Expressway
Dallas, TX 75206

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUIS F. GEHRING, Plaintiff, vs. MONITRONIC INTERNATIONAL INC. Defendant | C.A. No.: 05-055L |

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED MOTION TO FILE AN AMENDED COMPLAINT**

Plaintiff, Louis F. Gehring, with the assent of Defendant, Monitronic International, Inc., has requested that this Court grant him leave to file an Amended Complaint. In support thereof, Plaintiff states as follows.

1. Plaintiff brought this action in the Kent County Superior Court to seek redress for damages, declaratory judgment and injunctive relief against Defendant, Andersen Crenshaw & Associates (hereinafter "Andersen") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA") and R.I. Gen. Laws §6-13.1-1, *et seq.* for unfair and deceptive trade practices. (hereinafter, "State Act") in connection with the collection of a debt (hereinafter Debt") on behalf of Defendant, Monitronic International Inc. (hereinafter "Monitronic") against which Plaintiff seeks declaratory and injunctive relief.
2. Plaintiff has settled all counts against the former Defendant, Andersen, Crenshaw and Associates and has filed a Dismissal Stipulation reflecting said settlement.
3. Plaintiff now seeks to amend the claims raised in his complaint withdrawing the FDCPA claims against Defendant, Monitronic.
4. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to

do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

5. Plaintiff's counsel has conferred with Defendant's counsel who assents to the granting of the within Motion.

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I mailed a true and accurate copy of the foregoing to:

Timothy J. Duggan
Duggan & Caccavaro
55 Pine Street, 3rd Floor
Providence, RI 02903

Jeffrey S. Fleischaker
Taft & McSally
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920

Steven R. Dunn
6116 N. Central Expressway
Dallas, TX 75206