# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING, Plaintiff, | ) | |
| vs. | ) | C.A. No.: 05-055L |
| MONITRONIC INTERNATIONAL INC. Defendant | ) | |

## AMENDED COMPLAINT FOR DAMAGES, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

### I. INTRODUCTION

1. Plaintiff, Louis F. Gehring (hereinafter "Plaintiff") brings this action for declaratory judgment and injunctive relief against Defendant, Monitronic International Inc. (hereinafter "Monitronic").

### II. JURISDICTIONAL STATEMENT

2. This Honorable Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1441(c).

### III. PARTIES

3. Plaintiff is a natural person residing at 183 Charlotte Drive in the Town of East Greenwich, County of Kent, State of Rhode Island.

4. Defendant, Monitronic, is a Texas corporation engaged in the home security business in this and other states with a principal place of business located at 12801 Stemmons Freeway, # 821, Dallas, Texas.

### IV. FACTUAL ALLEGATIONS

5. On April 4, 2003 the United States District Court for the Northern District of Texas, Dallas issued judgment in favor Defendant in this case Monitronic and against several corporate defendants, namely Patriot Security, Inc., Nationwide Security, LLC and Patriot Security of New England, LLC.

6. Plaintiff was either an officer or agent of Patriot Security, Inc., Nationwide Security, LLC and Patriot Security of New England, LLC.

7. Patriot Security, Inc., Nationwide Security, LLC and Patriot Security of New England, LLC were each incorporated and existing in the State of Delaware at the time the United States District Court for the Northern District of Texas, Dallas rendered the Judgment referenced in Paragraph 7, *supra*.

8. Patriot Security, Inc., Nationwide Security, LLC and Patriot Security of New England, LLC were registered with the Rhode Island Secretary of State to conduct business within the State.

9. Pursuant to the laws of the State of Delaware, and the laws of the State of Rhode Island, Plaintiff is not liable personally for the Judgment to Defendant, Monitronic as referenced in Paragraph 7, *supra*.

## VII. <u>FIRST CLAIM FOR DECLARATORY AND INJUNCTIVE RELIEF</u>

10. Plaintiff repeats and realleges and incorporates by reference the foregoing paragraphs.

11. That as a result of Defendant, Monitronic's conduct, Plaintiff is subject to the wrongful liability and collection of a corporate debt for which he has no personal liability.

12. That as a result of Defendant's conduct, Plaintiff, his credit rating and his assets are exposed to substantial and immeasurable risk.

13. That the Plaintiff is fearful that immediate and irreparable harm may result without the protection of this Honorable Court.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant, Monitronic for the following:

A. That any and all sums alleged to be due and owing the Defendants by the Plaintiff, personally be fully satisfied and discharged; and

B. A Declaration that Plaintiff has no personal liability of obligation relative to the alleged Debt.

JURY DEMAND

Plaintiff claims a trial by jury on all issues so triable, and designates Gregory P. Sorbello, Esq., as trial counsel.

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

CERTIFICATE OF SERVICE

I hereby certify that on August 18th, 2005, I mailed a true and accurate copy of the foregoing to:

Timothy J. Duggan
Duggan & Caccavaro
55 Pine Street, 3rd Floor
Providence, RI 02903

Jeffrey S. Fleischaker
Taft & McSally
21 Garden City Drive
P.O. Box 20130
Cranston, RI 02920

Steven R. Dunn
6116 N. Central Expressway
Dallas, TX 75206