UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING | : | |
| | : | |
| v. | : | C.A. No. 05-55L |
| | : | |
| MONITRONIC INTERNATIONAL INC., and ANDERSEN, CRENSHAW & ASSOCIATES | : | |

**ORDER**

A settlement conference was held in this matter on August 24, 2005. At that conference, Defendant, Monitronic International, Inc., indicated that it intends in the near future to move to dismiss Plaintiff's declaratory judgment action against it. Defendant, Monitronic International, Inc., is ORDERED to file its motion to dismiss, if any, on or after September 23, 2005, in order to give Plaintiff time to consider the issues discussed at the settlement conference.

Entered as an Order of this Court on this 25th day of August, 2005.

BY ORDER:

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 25, 2005