UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUIS F. GEHRING, Plaintiff, | ) | |
| vs. | ) | C.A. No.: 05-055L |
| MONITRONIC INTERNATIONAL INC., and ANDERSEN, CRENSHAW & ASSOCIATES Defendants | ) | |

**ASSENTED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, Louis F. Gehring, by and with the assent of counsel for the Defendant, Monitronic International, Inc., request that this Court grant him leave to file the Amended Complaint attached hereto as Exhibit A. A memorandum in support of said request is hereby attached and incorporated herein by reference.

WHEREFORE, Plaintiff prays that this Honorable Court grant him leave to file the attached Amended Complaint.

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

Granted :
Ronald R. Lagueux
Sr. USDJ 9/8/05