UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 03 2005

LOUIS F. GEHRING,
Plaintiff,

vs. C.A. No.: 05-055L

MONITRONIC INTERNATIONAL
INC., and ANDERSEN,
CRENSHAW & ASSOCIATES
Defendants

**DISMISSAL STIPULATION**

Plaintiff, Louis F. Gehring, hereby dismisses all claims against Defendant, Monitronic International, Inc. currently pending in the above entitled matter. Said dismissal is without prejudice as to any and all defense Plaintiff may bring in any action to collect any sums of money concerning the alleged corporate debt owed to Defendant, that was the subject of the instant litigation for declaratory relief.

Respectfully Submitted,
LOUIS F. GEHRING,
By his attorneys,

Gregory P. Sorbello, Esq. (#6564)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

Enter: Ronald R. Lagueux
SR. USDJ 10/18/05